UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES H. HILL, | ) | |
| Petitioner, | ) | 3:11-cv-00048-ECR-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 brought by Charles H. Hill an inmate at Northern Nevada Correctional Center. On February 17, 2011, the court issued an order that, among other things, granted petitioner's motion for appointment of counsel and stated that a scheduling order would issue after petitioner's counsel appeared in the case. On March 17, 2011, counsel for petitioner entered a notice of appearance. Accordingly, the court sets a briefing schedule on its January 27, 2011 order to show cause why the petition should not be dismissed as untimely. After ruling on the order to show cause, the court will issue a scheduling order setting additional deadlines if necessary.

**IT IS HEREBY ORDERED** that petitioner shall file a response to the court's January 27, 2011 order to show cause why his petition should not be dismissed as untimely within **thirty** days

1  from the date of service of this order.

2        **IT IS FURTHER ORDERED** that respondents shall have **fifteen** days from the date

3  of service of the petitioner's response to file a reply to the response.

4        **IT IS FURTHER ORDERED** that petitioner's motion to extend time regarding the

5  order to show cause (docket #22) is **DENIED** as moot.

8        Dated this 21st day of April, 2011.

10                                             UNITED STATES DISTRICT JUDGE