1

2

3          **UNITED STATES DISTRICT COURT**

4                **DISTRICT OF NEVADA**

5

6    CHARLES H. HILL,                       )
                                            )
7                       Petitioner,         )        3:11-cv-00048-ECR-VPC
                                            )
8    vs.                                    )
                                            )        **ORDER**
9    JACK PALMER, *et al.*,                 )
                                            )
10                      Respondents.        )
     _____/

11

12          This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a

13   state prisoner, is proceeding *pro se.* On January 27, 2011, the court ordered petitioner to show cause

14   why his petition should not be dismissed as untimely. (ECF No. 7.) After reviewing petitioner's

15   response, and in light of petitioner's history of mental illness, the court appointed the Federal Public

16   Defender for the District of Nevada (FPD) to represent petitioner. (ECF No. 20.) Subsequently, through

17   counsel, petitioner filed a motion to voluntarily dismiss his petition based on the probabilities of

18   overcoming the procedural and timeliness problems in this case. (ECF No. 30.) After that filing,

19   petitioner filed several documents in *pro se* stating, among other things, that he did not wish to dismiss

20   his petition, requesting that the court appoint counsel other than the FPD to represent him, requesting

21   an evidentiary hearing, and requesting the production of documents. (ECF Nos. 31, 32, 33, 38.) On

22   January 4, 2012, the court issued an order that, among other things, relieved the FPD as counsel, denied

23   petitioner's request for alternate counsel, and allowed petitioner an opportunity to file *pro se* briefing

24   to address the timeliness of his petition. (ECF No. 40.) Since that time, petitioner has submitted several

25   motions.

26          Having reviewed the papers submitted by the parties, the court concludes that although an

1   evidentiary hearing does not appear warranted at this time, because of petitioner's representations that

2   he continues to suffer from periods of extreme mental illness, and in light of the potential complexities

3   of this case, the court *sua sponte* appoints alternate counsel to facilitate the full and fair adjudication of

4   this matter.

5       **IT IS THEREFORE ORDERED** that petitioner's motion for an evidentiary hearing (ECF No.

6   33) is **DENIED without prejudice.**

7       **IT IS FURTHER ORDERED** that Jeffrey S. Blanck, Esq., 485 West Fifth Street, Reno, NV,

8   89501, **is hereby APPOINTED** to represent the petitioner herein.  Jeffrey S. Blanck, Esq., is a Criminal

9   Justice Act panel attorney for the United States District Court, District of Nevada.  Mr. Blanck shall

10  represent petitioner in all future proceedings in this court relating to this matter (including subsequent

11  actions) and appeals therefrom, pursuant to 18. U.S.C. Section 3006A (a)(2)(B), until allowed to

12  withdraw.  Counsel for respondents should make available to counsel for petitioner (photocopying costs

13  at the latter's expense), as soon as reasonably possible, a copy of whatever portions of the state court

14  record they possess regarding the judgment petitioner is challenging herein.

15      **IT IS FURTHER ORDERED** that CJA counsel for petitioner shall meet with petitioner as soon

16  as reasonably possible to: (a) review the procedures applicable in cases under 28 U.S.C. Section 2254;

17  (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief

18  in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be

19  raised at this time and that the failure to do so will likely result in the omitted grounds being barred from

20  future review under the rules regarding abuse of writ.

21      **IT IS FURTHER ORDERED** that after Jeffrey S. Blanck, Esq. has appeared for petitioner in

22  this case, he shall file a response to the court's order to show cause issued January 27, 2011, **within (90)**

23  **ninety days** from the date of his appearance.

24      **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from the date

25  of service of the response within which to file a reply.

26

1    **IT IS FURTHER ORDERED** that any state court record exhibits filed by petitioner or

2    respondents shall be filed with a separate index of exhibits identifying the exhibits by number or letter.

3    The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter

4    or letters) of the exhibits in the attachment.  **The hard copy of any additional state court record**

5    **exhibits shall be forwarded – for this case – to the staff attorneys in Reno.**

6    **IT IS FURTHER ORDERED** that petitioner's motion to supplement the record with the

7    remittitur of the Nevada Supreme Court (ECF No. 46) is **GRANTED.**  The clerk shall **DETACH** the

8    remittitur and file it separately as "Supplemental Exhibit to Petition."

9    **IT IS FURTHER ORDERED** that petitioner's motions for his former attorney to send him his

10   file and case documents (ECF Nos. 47, 55) are **DENIED.**  However, petitioner's former attorney, Debra

11   Bookout, Esq. shall **RETAIN** petitioner's file so that alternate counsel may obtain it in the future, if

12   necessary.  The clerk shall send a copy of this order to Debra Bookout, Esq., Federal Public Defender,

13   411 E. Bonneville, Suite 250, Las Vegas, NV 89101.

14   **IT IS FURTHER ORDERED** that petitioner's motion to correct a typographical error (ECF

15   No. 53) is **GRANTED.**  The court considers petitioner's motion for stay as arising under 28 U.S.C. §

16   2254.

17   **IT IS FURTHER ORDERED** that petitioner's motion for contempt of court order, motion for

18   the court to dismiss respondents' reply, and motion to stay (ECF Nos. 48, 50, 52) are **DENIED.**

19

20

21   Dated this 23rd day of August, 2012.

22

23   Edward C. Reed.
     _____
     UNITED STATES DISTRICT JUDGE

24

25

26