# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES H. HILL,

    *Petitioner*,

vs.

JACK PALMER, *et al.*,

    *Respondents.*

3:11-cv-00048-LRH-VPC

ORDER

This represented habeas matter under 28 U.S.C. § 2254 comes before the Court on a motion (#65) for relief from payment of copying costs for petitioner's institutional medical records. The motion is unopposed to the extent of the relief granted herein.

IT THEREFORE IS ORDERED that petitioner's motion (#65) is GRANTED, such that, within **fourteen (14) days** of entry of this order, respondents shall provide petitioner's counsel at no charge the copies of the medical records requested from the state corrections department.

IT FURTHER IS ORDERED that petitioner's time to respond to the show-cause order is extended to **forty-five (45) days** after entry of this order, with respondents having **thirty (30) days** from service of the response within which to file a reply.

IT FURTHER IS ORDERED, following upon petitioner's proper person inquiry (#64), that petitioner's counsel shall confer with petitioner by telephone within **fourteen (14 days)** of entry of this order as to the status of the case. The Court has no information regarding his specific inquiry in #64.

DATED this 6th day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE