UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES H. HILL,<br><br>    Petitioner,<br>v.<br><br>JACK PALMER, et al.,<br><br>    Respondents. | Case No. 3:11-cv-00048-MMD-VPC<br><br>ORDER |

It is ordered that petitioner's proper person motion (dkt. no. 96) for Rule 60(b) relief is stricken. Petitioner may not file papers in proper person while represented by counsel.

DATED THIS 19th day of May 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE