UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHARLES H. HILL, | | Case No. 3:11-cv-00048-MMD-VPC |
| | Petitioner, | ORDER |
| v. | | |
| JACK PALMER, et al., | | |
| | Respondents. | |

On December 22, 2014, the Court dismissed this habeas petition as untimely (dkt. no. 118), and judgment was entered (dkt. no. 126). Though petitioner is represented by counsel, he appears to have filed a notice of appeal with the Ninth Circuit Court of Appeals in *pro se* (*see* dkt. no. 121). In any event, petitioner is currently represented and, as such, his motion to request immediate delivery of client case files and records (dkt. no. 120), as well as his motion to extend prison copywork limit (dkt. no. 122) are both denied. Petitioner has also filed a motion for stay pending appeal (dkt. no. 119). This Court has dismissed the petition and this case is closed. It is unnecessary and procedurally improper to seek a stay of the case before this Court while petitioner appeals this Court's decision.

It is therefore ordered that the following motions filed by petitioner: motion for stay pending appeal (dkt. no. 119); motion for delivery of client case files and records (dkt. no. 120); and motion to extend prison copywork limit (dkt. no. 122) are all denied.

1  It is further ordered that petitioner shall file no further documents in this closed
2  case unless directed to do so by this Court upon resolution of petitioner's appeal.
3  DATED THIS 21st day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE