UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES H. HILL,<br><br>　　　　　　　　Petitioner,<br>　v.<br>JACK PALMER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:11-cv-00048-MMD-VPC<br><br>ORDER |

This Court dismissed petitioner Charles H. Hill's counseled habeas petition as untimely on December 22, 2014 (ECF No. 118), and judgment was entered (ECF No. 126). The Ninth Circuit Court of Appeals dismissed Hill's appeal on April 3, 2015 (ECF No. 131).

Despite the fact that the Court has previously admonished Hill at least twice to file no further documents in this closed case, he has filed several documents, including an application to proceed *in forma pauperis*. However, this case is closed. If petitioner wishes to seek leave to file another federal habeas corpus petition challenging the same judgment of conviction, he must file a motion with the Ninth Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3).

It is therefore ordered that the following motions filed by petitioner: application to proceed *in forma pauperis* (ECF No. 139); motion to extend prison copywork limit (ECF No. 140); five motions for leave to file motion (ECF Nos. 141, 142, 145, 146, and 148); and motion to grant unopposed motions ECF No. 144) are all denied.

It is further ordered that petitioner is directed to file no further documents in this closed case.

DATED THIS 3rd day of February

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE